UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CAVAZOS,

          Plaintiff,

     v.

AMBRIZ, et al.,

          Defendants.

Case No. 23-cv-01815-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notice to either pay the $402 filing fee or file an application to proceed *in forma pauperis* (IFP). Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with the Court's order, *see* Federal Rule of Civil Procedure 41(b). His motion to proceed IFP is DENIED as insufficient. (Dkt. No. 2.)

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page, and (ii) be accompanied by full payment for the $402 filing fee or a complete IFP application, which includes the application form itself, a Certificate of Funds signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 30, 2023

_____
RICHARD SEEBORG
Chief United States District Judge