UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CAVAZOS,

    Plaintiff,

    v.

AMBRIZ, et al.,

    Defendants.

Case No. 23-cv-01815-RS (PR)

**ORDER REOPENING ACTION**

This federal civil rights action was dismissed because plaintiff did not comply with the Clerk's Notice to either pay the $402 filing fee or file an application to proceed *in forma pauperis* (IFP). (Dkt. No. 9.) Since dismissal, plaintiff has filed an IFP application. (Dkt. No. 11.) Accordingly, this action is REOPENED. The Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED. Plaintiff's complaint will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** November 1, 2023

_____
RICHARD SEEBORG
Chief United States District Judge