UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>    Plaintiff,<br><br>    v.<br><br>AMBRIZ, et al.,<br><br>    Defendants. | Case No. 23-cv-01815-EKL<br><br>**ORDER OF DISMISSAL** |

On February 24, 2025, the Court granted Defendants' motion to dismiss Plaintiff's complaint with leave to amend to address the deficiencies identified in its dismissal order. ECF No. 30. The deadline has passed, and Plaintiff has not filed an amended complaint or otherwise corresponded with the Court. Accordingly, the matter is **DISMISSED** without prejudice for failure to comply with the deadline. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend). Any motion seeking to reopen the case must be accompanied by an amended complaint, which includes the caption and civil case number used in this order and the words AMENDED COMPLAINT on the first page.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Eumi K. Lee
United States District Judge