UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAVAZOS,<br><br>    Plaintiff,<br><br>  v.<br><br>AMBRIZ, et al.,<br><br>    Defendants. | Case No.  23-cv-01815-EKL<br><br>**ORDER REOPENING CASE,<br>GRANTING *SUA SPONTE*<br>EXTENSION OF TIME TO FILE<br>OPPOSITION TO DEFENDANTS'<br>PARTIAL MOTION TO DISMISS**<br><br>Re: ECF No. 36 |

On June 20, 2025, the Court dismissed this lawsuit without prejudice after Plaintiff Robert Cavazos failed to file an amended complaint. ECF Nos. 33, 34. On June 27, 2025, Cavazos filed a proposed First Amended Complaint. ECF No. 36. The Court interprets the filing of the proposed First Amended Complaint as a motion to reopen, and GRANTS the motion.

In addition, on July 10, 2025, Defendants filed a motion to strike or, in the alternative, partially dismiss the First Amended Complaint. ECF No. 37. Given that the matter is now reopened, the Court GRANTS Cavasos a *sua sponte* extension of time to file an opposition to Defendants' partial motion to dismiss. Any opposition to Defendants' motion must be filed and served upon Defendants no later than October 17, 2025. A reply in support of the motion, if any, must be filed and served no later than 14 days after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

  **IT IS SO ORDERED.**

Dated:  September 18, 2025

                 _____

                 Eumi K. Lee<br>                 United States District Judge