UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT CAVAZOS,

   Plaintiff,

  v.

AMBRIZ,

   Defendant.

Case No. 23-cv-01815-EKL

**ORDER GRANTING JOINT REQUEST FOR STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

Re: ECF No. 54

Pursuant to the parties' stipulation, the Court GRANTS the parties' joint request for dismissal of the entire action with prejudice. Fed. R. Civ. Pro. 41(a). Each party will bear its own costs and attorney's fees. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Eumi K. Lee
United States District Judge